**Order entered November 24, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00928-CV

### VALET LIVING, LLC, ET AL., Appellants

### V.

### JASMINE AMBER MITCHELL, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09789**

## ORDER

Before the Court is appellants' November 23, 2021 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **December 13, 2021**.

/s/  CRAIG SMITH
JUSTICE